```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                        Case No. 16-03148-RNO
John W Talbott                                                Chapter 7
Jocelyn L Talbott
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-1         User: CKovach           Page 1 of 1         Date Rcvd: Mar 29, 2017
                             Form ID: fnldec         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2017.
db/jdb         +John W Talbott,    Jocelyn L Talbott,    41 Washington Road,    New Freedom, PA 17349-9424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2017 at the address(es) listed below:
              D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee
               D.Troy.Sellars@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
               pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
              Michael R Caum    on behalf of Joint Debtor Jocelyn L Talbott mikecaumesq@comcast.net
              Michael R Caum    on behalf of Debtor John W Talbott mikecaumesq@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| John W Talbott<br>41 Washington Road<br>New Freedom, PA 17349 | Chapter 7<br>Case No. 1:16−bk−03148−RNO |
| Jocelyn L Talbott<br>aka Josie Talbott<br>41 Washington Road<br>New Freedom, PA 17349 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−7990
xxx−xx−0851

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, Lawrence V. Young (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: March 29, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: CKovach, Deputy Clerk